IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| MENDEZ CORDOVA, MIGUEL A | CASE NO. 00-10936 SEK |
| | Chapter 13 |
| Debtor(s) | INDEX C |
| BANCO POPULAR DE PR | |
| Movant | |
| MENDEZ CORDOVA, MIGUEL A | **FILED & ENTERED ON 8/9/2004** |
| ALEJANDRO OLIVERAS RIVERA ,TRUSTEE | |
| Respondent(s) | |

## ORDER

Upon respondent's failure to file a timely reply opposing BANCO POPULAR DE PR's Motion for Relief from Stay as required by F.R.B.P. 4001, this Court's General Order No. 99-1 of September 29, 1999; and upon movant's motion submitting Declaration under penalty of perjury that debtor(s) is not covered by the Servicemember Civil Relief Act of 2003, it is now

ORDERED, the motion for relief from stay be and is hereby granted by default.

San Juan, Puerto Rico, this August 9, 2004.

Sara E. De Jesus
U.S. Bankruptcy Judge

C:  DEBTOR (S)
    JAIME RODRIGUEZ RODRIGUEZ
    ALEJANDRO OLIVERAS RIVERA
    BANCO POPULAR DE PR